M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 MAY -9 A 9: 5 1

~~[struck through]~~ Tony Moore
Full name and prison name of
Plaintiff(s)

v.

Doctor Roach
Jail Administrator Mike Mull
Co MS Turner
Sheriff Terry Wilson
Coosa County Jail

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:07-CV-401-ID
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Coosa County Jail - B-Block Room-104

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Coosa County Jail - B-Block Room-104

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                ADDRESS

1. Doctor Roach - Airport Drive Alex City AL 35010 - Pri-Care
2. Jail Administrator - Mike Mull - P.O. Box 279 Rockford AL 35136
3. C.O. Ms Turner - P.O. Box 279 Rockford AL 35136
4. Sheriff - Terry Wilson
5. Coosa County Jail
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May 3rd 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Denied Medical treatment do to Surgery

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Doctor office in Alex City Name - Pri-Care, A Doctor Name Dr. James Stated that I has to have Surgery on a Herina Around Dec. of 2006, while I was in Coosa Coosa Jail But The judge Release ME on A Medical Furload But I had No Insurance I went to other doctor Also But No Insurance It was Hard for Surgery.

GROUND TWO: So I went to court on the 18th of April on My Medical Furload Release They lock me up, But I Still Have No Surgery. when I Go Back to the doctor but They Denied it.

SUPPORTING FACTS: I Have Paper work Stated on My Surgery that Doctor James Stated I Need Surgery In the Same Doctor office Pri-care

GROUND THREE: Doctor Roach Denied my Surgery And He Also Denied that I Have lupus After I told Him I had paper work Stated it.

SUPPORTING FACTS: I Have Paper Work stated that I Have Lupus And Paper Work stated I need surgery By Doctor James At the Same Doctor office pri-care - Airport Drive Alexicity Al 35010

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Get All my Surgerys Take Care of Are we CAN Go to the Next Step.

*Tony Moore*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-7-7
(Date)

*Tony Moore*
Signature of plaintiff(s)

Tony Moore
P.O. Box 279
Rockford Al 35136

Legal Mail

BIRMINGHAM AL 352
PM
8 MAY 2007

USA FIRST-CLASS FOREVER

COOSA COUNTY JAIL
INMATE MAIL

office of the clerk
united State District court
P.O. Box 711
Montgomery, Alabama 36101-0711

3610130711 B007