**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Roach
   Pri-Care
   Airport Drive
   Alexander City, AL 35010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Carol Pasley_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07CV401
   C & O

   [MAY 11 2007 ALEXANDER USPS stamp]

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number:  7006 2760 0005 4873 8504

102595-02-M-1540

Domestic Return Receipt