**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Terry Wilson
   Coosa County Sheriff's Office
   Coosa County House
   Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Shelia Thomas*    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Shelia Thomas                 5-11-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07cv401
   C&o
   (40)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0005 4873 8498

Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Turner
   Coosa County Jail
   P.O. Box 279
   Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Shelia Thomas*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
*Shelia Thomas*

C. Date of Delivery
5-11-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07CV401
   ct o

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0005 4873 8481

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Mull
   Jail Administrator
   Coosa County Jail
   P.O. Box 279
   Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Shelia Thomas_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
   Shelia Thomas

C. Date of Delivery
   5-11-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:07CV 401
   CRO

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0005 4873 8511

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540