IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY MOORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv401-ID |
| | )            (WO) |
| DR. ROACH, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On May 14, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 5.) Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) Said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

(2) the plaintiff's claim against the Coosa County Jail be and the same is hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(I);

(3) the Coosa County Jail be and the same is hereby DISMISSED as a defendant in this cause of action; and

(4)   this case, with respect to the plaintiff's claim against the remaining defendants, is hereby REFERRED back to the magistrate judge for further proceedings.

DONE this 30th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE