IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY MOORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-00401-ID-SRW |
| | ) |
| TERRY WILSON, et al., | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW Sheriff Terry Wilson, Jail Administrator Mike Mull, and Corrections Officer Tamela Turner, Defendants in the above-styled cause, and move this Honorable Court for an extension of time of thirty (30) days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

    1.    On May 10, 2007, the Court issued an Order for Special Report requiring the Defendants to file a Special Report and Answer by June 20, 2007.

    2.    Counsel for the Defendants was only recently able to meet with the Defendants.

    3.    Shortly after meeting with the Defendants, the undersigned had a personal family medical emergency that required his absence from the office. For privacy reasons, the details will not be set forth here, but the undersigned will answer orally any questions the Court may have.

    4.    As a result, the undersigned inadvertently did not file an extension prior to the June 20, 2007 deadline, and has just now caught his error.

    5.    Defendants therefore request a thirty day extension from the original due date of June 20, 2007, in which to file their Special Report and Answer.

6.   The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including July 10, 2007.

Respectfully submitted this 27th day of June, 2007.

> s/Gary L. Willford, Jr.
> GARY L. WILLFORD, JR. Bar NO.  WIL198
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889

## CERTIFICATE OF SERVICE

I hereby certify that on this the **27th** day of **June, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Tony Moore
> Coosa County Jail
> P.O. Box 279
> Rockford, Alabama 35136

> **s/Gary L. Willford, Jr.**
> OF COUNSEL

2