IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-401-ID |
| ) | |
| DR. ROACH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the county defendants on June 27, 2007 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the county defendants shall file no special report unless and until further order of this court requiring the filing of such report.

Done this 28th day of June, 2007.

　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE