IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-401-ID |
| ) | [WO] |
| ) | |
| DR. ROACH, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On May 9, 2007, Tony Moore ["Moore"], a county inmate, filed the instant 42 U.S.C. § 1983 action challenging the conditions of confinement at the Coosa County Jail. The order of procedure entered in this case required Moore to immediately inform the court of any change in his address. *Order of May 10, 2007 - Court Doc. No. 4* at 4. On May 14, 2007, the court entered a Recommendation, a copy of which the Clerk mailed to Moore. The postal service returned this Recommendation because Moore no longer resided at the address he had provided to the court for service. In light of the foregoing, the court entered an order requiring that on or before June 25, 2007 Moore show cause why his case should not be dismissed for his failure to provide this court with his present address. *Order of June 15, 2007 - Court Doc. No. 9*. The court specifically cautioned Moore that failure to comply with the directives of this order would result in a recommendation that this case be

dismissed. *Id*. The plaintiff has filed nothing in response to the June 15, 2007 order. The court therefore concludes that this case is due to be dismissed.

**CONCLUSION**

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court. It is further

ORDERED that on or before July 11, 2007 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981,

*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 28th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE