IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY MOORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv401-ID |
| | )                (WO) |
| DR. ROACH, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On June 28, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 13.) Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1)     Said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

(2)     this case be and same is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action properly and his failure to comply with the orders of the court.

DONE this 18th day of July, 2007.

                              /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE